ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Sheffield Barbers, LLC | ) ASBCA No. 62367 |
| | ) |
| Under Contract No. BRG 15-002 | ) |

APPEARANCES FOR THE APPELLANT:    H. Todd Whay, Esq.
                                 Ian A. Cronogue, Esq.
                                   Baker, Cronogue, Tolle & Werfel, LLP
                                   McLean, VA

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                   Army Chief Trial Attorney
                                  MAJ Joseph A. Seaton, JA
                                  CPT Camille J Grathwohl, JA
                                   Trial Attorneys

ORDER OF DISMISSAL

The parties have settled their dispute, and appellant has moved to withdraw and dismiss this appeal with prejudice. We grant the motion and dismiss the appeal with prejudice.

Dated: February 26, 2026

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62367, Appeal of Sheffield Barbers, LLC, rendered in conformance with the Board's Charter.

Dated: February 26, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals